THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| TIWANDA LOVELACE,<br><br>                      Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF EMPLOYMENT, TRAINING, & REHABILITATION, CHRISTOPHER SEWELL, in his capacity as administrator, and KRISTINE K. NELSON, in her capacity as administrator,<br><br>                      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:23-cv-00535-DBB-DBP<br><br>District Judge David Barlow |

      IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

      Signed August 28, 2024.

                                          BY THE COURT

                                          _____
                                          David Barlow
                                          United States District Judge